No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of the Solicitor General for divided argument granted.

No. 86–1406. PUERTO RICO DEPARTMENT OF CONSUMER AFFAIRS ET AL *v.* ISLA PETROLEUM CORP. ET AL. Temp. Emerg. Ct. App. Motions of New York et al. and Asociacion de Detallistas de Gasoline de Puerto Rico for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this order.

No. 85–1840. ARCHER-DANIELS-MIDLAND CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–884. GRAMENOS *v.* JEWEL COS., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1085. PAGEL *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Orange County. Certiorari denied.

No. 86–1134. VGS CORP., DBA SOUTHLAND OIL CO., ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 86–1174. HOLMBERG *v.* MORRISETTE ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1211. REID *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–1288. KRUTZ *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 86–1312. ABSHER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–1334. SKEVIN *v.* SUPREME COURT OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied.